## Joseph C. Wickliffe, Appellee, v. City of Chicago, Appellant.

### Gen. No. 19,914.

APPEAL AND ERROR, § 1813*—*when opinion in former decision adopted.* Where the pleadings differ in no material particular from those in another case decided on the pleadings in a mandamus proceeding arising out of the removal of an officer in the civil service of the City of Chicago, at the same time and upon the same investigation in which an opinion was rendered by the Appellate Court, such court adopted the opinion as its opinion in the case at bar.

Appeal from the Superior Court of Cook county; the Hon. CHARLES M. FOELL, Judge, presiding. Heard in this court at the October term, 1913. Reversed and remanded with directions. Opinion filed November 30, 1914.

WILLIAM H. SEXTON, for appellant; JOSEPH F. GROSSMAN and JOHN E. FOSTER, of counsel.

WEST & ECKHART, for appellee.

MR. PRESIDING JUSTICE BROWN delivered the opinion of the court.

This appeal differs from the cause No. 19,912 in this court, *ante,* p. 610, wherein an opinion has been filed, in no essential respect. It was decided upon the pleadings, and the pleadings differ in no material particular from those in said cause No. 19,912. The petitioner was removed from his position at the same time as Captain Ellfeldt and as a result of the same investigation, as will appear by reference to the opinion in No. 19,912. Our decision is governed by the same considerations.

The judgment of the Superior Court of Cook county is reversed and the cause is remanded to that court with directions to overrule the demurrer.

*Reversed and remanded with directions.*

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.